**Sam GUINN, Movant, v. H. O. SHAW et al., Opposed.**

Court of Appeals of Kentucky.

November 18, 1947.

Terry L. Hatchett for movant.

J. Robert White opposed.

PER CURIAM.

Motion for an appeal from the Barren Circuit Court. Partial judgment for plaintiff in an action to recover for rents.

Appeal denied; Judgment affirmed.